FILED BY KS D.C.

Mar 31, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60061-CR-RUIZ/STRAUSS
_____
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028(A)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

JACHOIR DESTINE,

        **Defendant.**

_____/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
**Possession of Fifteen or More Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(3))**

On or about April 13, 2021, in Broward County, in the Southern District of Florida, the defendant,

**JACHOIR DESTINE,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, dates of birth, social security numbers, and debit card numbers issued in the names of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3).

## COUNTS 2-4
## Aggravated Identity Theft
## (18 U.S.C. § 1028A(a)(1))

On or about April 13, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JACHOIR DESTINE,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, dates of birth, social security numbers, and debit card numbers issued in the names of other persons, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set for in each count below:

| Count | Means of Identification |
|---|---|
| 2 | Way2Go debit card number issued in the name of to "B.K." ending in 0027. |
| 3 | Name, date of birth, and social security number of "Y.C." |
| 4 | Name, date of birth, and social security number of "J.T." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JACHOIR DESTINE**, has an interest.

2

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
YARA DODIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.

JACHOIR DESTINE,

      **Defendant.**    /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***
**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami  [ ] Key West  [✓] FTL
- [ ] WPB  [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants  _____
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No)  No
   List language and/or dialect  _____
4. This case will take  3  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days  [✓]
   - II  6 to 10 days  [ ]
   - III 11 to 20 days  [ ]
   - IV 21 to 60 days  [ ]
   - V  61 days and over  [ ]

   (Check only one)
   - Petty  [ ]
   - Minor  [ ]
   - Misdemeanor  [ ]
   - Felony  [✓]

6. Has this case previously been filed in this District Court? (Yes or No)  No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No
7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No)  No
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

                                *Yara Dodin*
                                Yara Dodin
                                Assistant United States Attorney
                                FLA Bar No.    0124979

*Penalty Sheet(s) attached                                                  REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Jachoir Destine

**Case No:** _____

Count #: 1

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

\* **Max. Penalty:** 10 years' imprisonment

Counts #: 2-4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

\***Max. Penalty:** Mandatory 2 years' imprisonment consecutive to sentence

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.